NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Toheed Ahmed,

    Petitioner,

v.

United States Bureau of Prisons, et al.

    Respondents.

No. CV-23-01369-PHX-SRB (JFM)

**ORDER**

Petitioner filed his Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 on July 14, 2023 "challenging the execution of his sentence, *i.e.* the calculation of his term of imprisonment." (Doc.17, Report and Recommendation ("R & R") at 1.) the Respondents filed their Response to Petitioner's Petition for Writ of Habeas Corpus on September 26, 2023. Petitioner filed his reply on October 25, 2023. On January 26, 2024, the Magistrate Judge issued his Report and Recommendation recommending that the petition be denied.

In his Report and Recommendation the Magistrate Judge advised the parties that they had fourteen days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has expired and no objections to the Report and Recommendation have been filed.

The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

**IT IS ORDERED** adopting the Report and Recommendation of the Magistrate Judge as the Order of this Court. (Doc. 17)

. . .

**IT IS FURTHER ORDERED** denying the Petition for Writ of Habeas Corpus. (Doc. 1)

**IT IS FURTHER ORDERED** directing the Clerk to enter judgment accordingly.

Dated this 15th day of February, 2024.

_____
Susan R. Bolton
United States District Judge